IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ANGELA-KELLY, INC.,; <br> ANGELA-KELLY, INC. <br> RETIREMENT PLAN; JOHN C. <br> MEADORS, personally; and <br> GLORIA MEADORS, personally, <br> <br> Plaintiffs, <br> vs. <br> <br> <br> SCOTT FLETCHER, <br> <br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * No. 4:08cv00267 SWW <br> * <br> * <br> * <br> * <br> * |

ORDER

The joint motion [doc.#16] of the parties to extend the discovery and motions deadlines to and including October 15, 2010, is hereby granted.

IT IS SO ORDERED this 31st day of August 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE