IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANGELA-KELLY, INC.,;      *
ANGELA-KELLY, INC.      *
RETIREMENT PLAN; JOHN C.      *
MEADORS, personally; and      *
GLORIA MEADORS, personally,      *
     *
         Plaintiffs,      *
vs.      *    No. 4:08cv00267 SWW
     *
     *
SCOTT FLETCHER,      *
     *
         Defendant.      *

## ORDER

The joint motion [doc.#25] of the parties to extend the discovery and motions deadlines to and including November 19, 2010, is hereby granted.[1]

IT IS SO ORDERED this 5th day of October 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Trial of this matter has been continued three times and this is the second extension of the discovery and motions deadline. Given the current trial date of January 24, 2011, and given the time for filing responses and replies to any dispositive motions (as well as other matters on the court's docket), it may be that any ruling on a dispositive motion will be cursory at best.